# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12538-MDC

TAYLOR  REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TAYLOR  REPINE

    2003 NAAMANS CREEK ROAD

    BOOTHWYN, PA 19061

Counsel for debtor(s), by electronic notice only.

    MICHAEL T. MALARICK
    MICHAEL T. MALARICK ESQ PC
    2211 CHICHESTER AVE   STE 201-B
    BOOTHWYN, PA 19061-

Date: 11/17/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee