# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Taylor Repine**                                                                 Case No.  **21-12538**
                                          Debtor(s)                                      Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2021**, a copy of Debtor's Response to Trustee's Motion for Dismissal was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Kenneth E. West, Esquire
MDC@ph13trustee.com

/s/ Michael T. Malarick, Esq
Michael T. Malarick, Esq
Michael T. Malarick, Esq. PC
2211 Chichester Avenue
Boothwyn, PA 19061
610-715-9960 Fax:610-561-5967
michael@malaricklaw.com