**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                      Chapter 13

**Taylor Repine**

                  **Debtor**                            Case No. 21-12538-mdc

_____

## ORDER

AND NOW, it is ORDERED that the Order Confirming Chapter 13 Plan entered erroneously by the clerks' office on February 10, 2022 (Doc. #46) is VACATED.

Dated: February 10, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE