**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> TAYLOR REPINE | Chapter 13 |
| Debtor | Bankruptcy No. 21-12538-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: February 11, 2022

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL T. MALARICK
MICHAEL T. MALARICK ESQ PC
2211 CHICHESTER AVE STE 201-B
BOOTHWYN, PA 19061-

Debtor:
TAYLOR REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061