United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-12538-mdc
Taylor Repine                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Repine, 2003 Naamans Creek Road, Boothwyn, PA 19061-3343 |
| 14645467 | + | Crozer (Cerner), Simon's Agency, PO Box 5026, Syracuse NY 13220-5026 |
| 14648104 | | Emergency Care Services of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14636426 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 14639403 | + | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646831 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14639745 | + | Nationstar Mortgage LLC/DBA Mr Cooper, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2022 23:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 11 2022 23:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14636423 | | Email/Text: ebn@americollect.com | Feb 11 2022 23:15:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14636421 | + | Email/Text: bankruptcy@acimacredit.com | Feb 11 2022 23:15:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14636422 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2022 23:15:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14637537 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2022 23:18:46 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14648951 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2022 23:18:54 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14645008 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 11 2022 23:15:00 | CEP AMERICA LLC, c/o Wakefield & Associates, Inc., PO Box 51272, Knoxville, TN 37950-1272 |
| 14636424 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2022 23:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14637697 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 11 2022 23:15:00 | EMERGENCY CARE SERVICE OF PA, PC, c/o Wakefield & Associates, Inc., PO Box 51272, Knoxville, TN 37950-1272 |
| 14643408 | + | Email/Text: bankruptcy@moneylion.com | | |

Case 21-12538-mdc   Doc 50   Filed 02/13/22   Entered 02/14/22 00:28:07   Desc Imaged
                    Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14636425 | + | Email/Text: bankruptcy@moneylion.com | Feb 11 2022 23:15:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| | | | Feb 11 2022 23:15:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14643301 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 11 2022 23:15:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14636427 | + | Email/Text: bankruptcy@onlineis.com | Feb 11 2022 23:15:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 14636428 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14649960 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14650801 | | Email/Text: ebn@americollect.com | Feb 11 2022 23:15:00 | RADIOLOGY ASSOC OF THE MAIN LINE PC, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14650799 | | Email/Text: ebn@americollect.com | Feb 11 2022 23:15:00 | SOUTHEAST RADIOLOGY, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14636429 | + | Email/Text: clientservices@simonsagency.com | Feb 11 2022 23:15:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14636430 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 11 2022 23:15:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14644242 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:55 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14636431 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2022 23:15:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14636432 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 11 2022 23:15:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022          Signature:          /s/Joseph Speetjens

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Feb 11, 2022  Form ID: pdf900  Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com |
| MARIBETH THOMAS | on behalf of Creditor Ally Financial MTHOMAS@tuckerlaw.com |
| MICHAEL T. MALARICK | on behalf of Debtor Taylor Repine michael@malaricklaw.com t.mr70336@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TAYLOR REPINE

Chapter 13

Debtor

Bankruptcy No. 21-12538-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: February 11, 2022

Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
MICHAEL T. MALARICK  
MICHAEL T. MALARICK ESQ PC  
2211 CHICHESTER AVE   STE 201-B  
BOOTHWYN, PA 19061-

Debtor:  
TAYLOR REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061